# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MICHAEL DUE, ) NO. CV 18-1028-JAK (E)
)
        Petitioner, )
)
  v. )
) JUDGMENT
BOARD OF PAROLE HEARINGS, )
)
)
        Respondent. )
_____)

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: August 3, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE